GAVIN, N.

v.

UCBR

1751 CD 2016

Commonwealth Court of Pennsylvania.

08/23/2017

Unemployment Compensation Board of Review, B–593044

Affirmed

SCHAFER, D.

v.

WCAB (MASONRY, R.)

1162 CD 2016

Commonwealth Court of Pennsylvania.

08/24/2017

Workers' Compensation Appeal Board, A15–0894

Vacated/Remanded

BRYAN, D.

v.

UCBR

2097 CD 2016

Commonwealth Court of Pennsylvania.

08/23/2017

Unemployment Compensation Board of Review, B–593927

Affirmed

MITCHELL, M.

v.

DOC

1844 CD 2016

Commonwealth Court of Pennsylvania.

08/24/2017

Fayette County Civil Division, 2536 of 2014, G.D.

Affirmed